UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JENNIFER OLSON,                                                Civ. 07-4044

        Plaintiff,

vs.                                                   **STIPULATION FOR DISMISSAL**

FIRST SAVINGS BANK,

        Defendant.

It is hereby stipulated and agreed by the above named parties, by and through their

attorneys, that the above-captioned matter may be dismissed upon its merits, without prejudice,

and without costs to either party.  In response to the Court's Order (Doc 10), the parties state that

the matter was resolved without the need for the arbitration.

Dated this 20th day of September, 2007.        /s/     *Lisa Hansen Marso*
        *Filed Electronically*
        Thomas J. Welk
        Lisa Hansen Marso
        BOYCE, GREENFIELD, PASHBY & WELK, L.L.P.
        101 North Phillips Avenue Suite 600
        P.O. Box 5015
        Sioux Falls, SD  57117-5015
        (605) 336-2424
        Attorneys for Defendant

Dated: September 20th, 2007        /s/     *Stephanie E. Pochop*
        *Filed Electronically*
        JOHNSON EKLUND LAW OFFICE
        P.O. Box 149
        Gregory, SD  57533
        (605) 835-8391
        Attorneys for Plaintiff

*\*\*Conformed signature pursuant to authorization of Stephanie E. Pochop\*\**