

FILED
SEP 25 2007

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| JENNIFER OLSON, | * | CIV 07-4044 |
| Plaintiff, | * | |
| | * | JUDGMENT OF DISMISSAL |
| vs. | * | |
| FIRST SAVINGS BANK, | * | |
| Defendant. | * | |

*******************************************************************

Based upon the stipulation of counsel, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff is hereby dismissed upon the merits, without prejudice, and with each party to pay its own costs and attorney's fees.

Dated this 25th day of September, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
    DEPUTY